UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DAN BROWN,

    Plaintiff,

v.                                Civil Action No. 2:15-cv-11549

ROBERT BELT, Deputy Sheriff,
Clay County Sheriff's office;
GARRETT SAMPLES, JR., Sheriff,
Clay County Sheriff's Office;
TYLER CARUTHERS, Deputy Sheriff,
Clay County Sheriff's Office; CLAY
COUNTY COMMISSION; COLONEL C.R. "JAY"
SMITHERS, Superintendent, WV State
Police; STEVEN DEMASKE, Trooper, WV
State Police; and TYLER DANA MCFEELEY,
Trooper, WV State Police,

    Defendants.

## JUDGMENT ORDER

In accordance with the court's memorandum opinion and orders entered this same date, it is ORDERED that judgment be, and it hereby is, awarded in favor of the defendants and against the plaintiff, and this case is stricken from the docket.

The Clerk is directed to transmit copies of this judgment order to all counsel of record and any unrepresented parties.

ENTER: April 15, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge